AO 442 (Rev. 01/09) Arrest Warrant

*F.d # 104683GP*

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 5 2018

BY____ARTHUR JOHNSTON____DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Steven Davison | ) | Case No.   3:17-cr-149-DPJ-FKB-3 |
| (Wherever Found) | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

RECU USMS D43 14DEC'17

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Steven Davison                                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Distribute Marihuana
- Marihuana Sell Distribute or Dispense Marihuana

ARTHUR JOHNSTON, CLERK

Date:   12/14/2017                                        _____
                                                         *Issuing officer's signature*

City and state:     Jackson, MS                          N. Dean, Deputy Clerk
                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   12-14-2017 , and the person was arrested on *(date)*   4-17-2018 |
| at *(city and state)*   Houston, Tx                    . |
| Date:   5-31-2018                    _____ |
|                                       *Arresting officer's signature* |
|                                       N. Roselli   DUSM |
|                                       *Printed name and title* |